## DIVIDENDS REMITTED TO THE COURT

Check Number 3014 Dated 01/13/10

Case Number 08-18502 - ROTHSTEIN, JOEL H.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| THE ILLUMINATING CO BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141<br>   (11-1) ELECTRIC SERVICE | 000011 | 51.14 | 1.19 CK 3014 |
| ---------- Remittance Total --------------- | | 51.14 | 1.19 |

*[signature]*

SHELDON STEIN, BANKRUPTCY TRUSTEE

*[FILED stamp: 2010 JAN 15 PM 3:43 — U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND]*